United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 17, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 24-10217 |
| **TRANS AMERICAN AQUACULTURE,** § | |
| **LLC,** § | |
| § | |
| Debtor. § | |
| § | |
| § | CHAPTER 11 |

ORDER SETTING
CHAPTER 11 INITIAL SUBCHAPTER V STATUS CONFERENCE

Trans American Aquaculture, LLC, ("*Debtor*") has elected to proceed under Subchapter V of Title 11 Chapter 11 of the United States Bankruptcy Code. Pursuant to 11 U.S.C. §§ 1188(a) the Court deems it necessary to conduct an initial status conference. It is therefore:

**ORDERED:**

1. On **January 23, 2025, at 2:00 p.m.,** (Central Standard Time) before the United States Bankruptcy Court, Brownsville Division, the Court will conduct an **electronic** initial status conference in the above-captioned case.

2. Pursuant to Bankruptcy General Order 2021-05 parties may either appear electronically or in person unless otherwise ordered by this Court.

3. To participate electronically, parties must follow the instructions set forth on Judge Rodriguez's web page located at: https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-eduardo-v-rodriguez. Parties are additionally instructed to: (i) call in utilizing the dial-in-number for hearings before Judge Rodriguez at **832-917-1510,** conference room number 999276 **and** (ii) log on to GoToMeeting for video appearances and witness testimony, utilizing conference code: judgerodriguez. **Parties MUST HAVE TWO SEPARATE DEVICES to appear by video and telephonically. One device will be used to log on to GoToMeeting and the other will be used to call the telephonic conference line.**

4. Debtor and Debtor's primary bankruptcy counsel and the Subchapter V Trustee must appear at this status conference.

5. Not later than **January 9, 2025,** Debtor must file a Chapter 11 Status Conference Statement with the Clerk of Court that addresses the following:

    a. the efforts the debtor has undertaken and will undertake to attain a consensual reorganization plan;
    b. any complications the debtor anticipates in promptly proposing and confirming a plan, including any need for discovery, valuation, motion practice, claim adjudication, or adversary proceeding litigation;
    c. an outline of the proposed plan;
    d. a description of the nature of the debtor's business or occupation, the primary place of business, the number of locations from which it operates, and the number of employees or independent contractors it utilizes in its normal business operations and the goals of the reorganization plan;
    e. any motions that the debtor contemplates filing or expects to file before confirmation;
    f. any objections to any claims or interests the debtor expects to file before confirmation and any potential need to estimate claims for voting purposes;
    g. the business, financial, and other problems that prompted the filing of this case;
    h. attendance at a meeting of creditors pursuant to 11 U.S.C. § 341(a);
    i. the Estate's need for professionals (e.g., attorneys, accountants, brokers, etc.);
    j. whether the debtor is current on the filing of all required tax returns;
    k. unique issues concerning secured debt, employees, cash collateral, executory contracts, and existing management;
    l. postpetition operations and revenue;
    m. status of any litigation pending in or outside this Court;
    n. compliance with requests for information from the United States Trustee including, but not limited to, requests made in the initial debtor interview;
    o. type and adequacy of insurance coverage;
    p. Debtor-In-Possession Bank Account;
    q. any other matters that might materially affect the administration of this case.

6. No later than **Click or tap to enter a date.**, (fourteen days prior to hearing) Debtor must serve the Chapter 11 Status Conference Statement on the Subchapter V Trustee and the United States Trustee and file a certificate of service with the Clerk of Court.

7. Failure to comply with this order may result in dismissal or conversion of this case to one under Chapter 7.

    SIGNED December 17, 2024

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge