**Fill in this information to identify the case:**

Debtor Name: Trans American Aquaculture, LLC

United States Bankruptcy Court for the: Southern District of Texas

Case number: 24-10217

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

| Month: | August | Date report filed: | 09/05/2025 |
|---|---|---|---|
| | | | MM / DD / YYYY |
| Line of business: | Aquaculture - Shrimp Farming | NAISC code: | |

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Adam Thomas

Original signature of responsible party: *[signature]*

Printed name of responsible party: Adam Thomas

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☑ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☑ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☑ | ☐ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Trans American Aquaculture, LLC                Case number  24-10217

17. Have you paid any bills you owed before you filed bankruptcy?    ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**                       $ 908.77

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.                          $ 800

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.                                          – $ 2379.09

    Report the total from *Exhibit D* here.

22. **Net cash flow**                                                + $ -1579.09

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.                   = $ -670.32

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**                                               $ 31,458.65

    *(Exhibit E)*

Debtor Name  Trans American Aquaculture, LLC                    Case number 24-10217

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                           $ 0

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                                       5
27. What is the number of employees as of the date of this monthly report?                                          3

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?                         $ 1000
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?           $ 33000
30. How much have you paid this month in other professional fees?                                                   $ 0
31. How much have you paid in total other professional fees since filing the case?                                  $ 0

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>Projected<br>Copy lines 35-37 from the previous month's report. | | Column B<br>Actual<br>Copy lines 20-22 of this report. | | Column C<br>Difference<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 0 | — | $ 800 | = | $ 800 |
| 33. **Cash disbursements** | $ 12500 | — | $ 2379.09 | = | $ 10120.91 |
| 34. **Net cash flow** | $ -12500 | — | $ -1579.09 | = | $ 10920.91 |

35. Total projected cash receipts for the next month:                                                  $ 0
36. Total projected cash disbursements for the next month:                                          − $ 12500
37. Total projected net cash flow for the next month:                                                = $ -12500

Debtor Name  Trans American Aquaculture, LLC          Case number 24-10217

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [x] 39. Bank reconciliation reports for each account.
- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [ ] 41. Budget, projection, or forecast reports.
- [ ] 42. Project, job costing, or work-in-progress reports.



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

August 01, 2025 through August 29, 2025

Account Number: 6522

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00018251 DRE 201 142 24725 NNNNNNNNNNN T 1 000000000 D5 0000
TRANS AMERICAN AQUACULTURE, LLC
DEBTOR IN POSSESSION 24-10217
1022 SHADYSIDE LN
DALLAS TX 75223-1101



## How we treat third-party endorsed check deposits is changing

A third-party endorsed check is a check that was originally payable to another person/entity that you attempt to deposit or cash. Beginning September 1, 2025, we may not accept a third-party check for deposit or to cash or we may require verification of endorsements. If we refuse a deposit, we may return the check or provide a substitute check to you.

You can find this update in Section III. A. *Our rights and responsibilities for deposits*, within the Deposit Account Agreement at **chase.com/Business/Disclosures**.

If you have questions, please don't hesitate to contact us by calling the number on this statement.

## CHECKING SUMMARY    Chase Performance Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $1,607.22 |
| Deposits and Additions | 4 | 800.00 |
| Electronic Withdrawals | 7 | -2,309.09 |
| Fees | 1 | -70.00 |
| Ending Balance | 12 | $28.13 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/08 | Zelle Payment From Adam Thomas 25780856578 | $100.00 |
| 08/11 | Zelle Payment From Adam Thomas 25798595994 | 300.00 |
| 08/19 | Zelle Payment From Adam Thomas 25910600609 | 100.00 |
| 08/25 | Zelle Payment From Adam Thomas 25964513952 | 300.00 |
| Total Deposits and Additions | | $800.00 |



August 01, 2025 through August 29, 2025
Account Number: 6522

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/04 | 08/04 Online Domestic Wire Transfer Via: Ibc Laredo/114902528 A/C: Aba/114911580 Brownsville TX 78521 US Ben: Miguel Hernandez Port Isabel TX 78578 US Ref./Time/12.07 Imad. 0804Mmqlmp2M008816 Trn: 3294895216Es | $1,000.00 |
| 08/04 | Zelle Payment To Henry Hojas Jpm99Bi820L5 | 403.66 |
| 08/05 | Orig CO Name:Google     Orig ID:F770493581 Desc Date:    CO Entry Descr:Apps_Commesec Web   Trace#:091000012040417 Eed:250805   Ind ID:US0047Ncv8 Ind Name:Trans American Aquacul 014390080 Debit Trn: 2172040417Tc | 105.43 |
| 08/08 | Zelle Payment To Henry Hojas Jpm99Bip1Px2 | 100.00 |
| 08/11 | Zelle Payment To Luis Fernando Granda Jpm99Biwin85 | 300.00 |
| 08/19 | Zelle Payment To Henry Hojas Jpm99Bk1Fyar | 100.00 |
| 08/25 | Zelle Payment To Luis Fernando Granda Jpm99Bkllv76 | 300.00 |
| **Total Electronic Withdrawals** | | **$2,309.09** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/05 | Service Charges For The Month of July | $70.00 |
| **Total Fees** | | **$70.00** |

You were charged a monthly service fee of $30.00 this period. You can avoid this fee in the future by maintaining a relationship balance (combined business deposits) of $35,000.00. Your relationship balance was $251.00.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 08/04 | $203.56 |
| 08/05 | 28.13 |
| 08/08 | 28.13 |
| 08/11 | 28.13 |
| 08/19 | 28.13 |
| 08/25 | 28.13 |

## SERVICE CHARGE SUMMARY

| | | |
|---|---|---|
| Maintenance Fee | $30.00 | |
| Excess Product Fees | $0.00 | |
| Other Service Charges | $0.00 | |
| **Total Service Charges** | **$30.00** | Will be assessed on 9/4/25 |

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 2 |
| Deposits / Credits | 0 |
| Deposited Items | 0 |
| **Total Transactions** | **2** |



August 01, 2025 through August 29, 2025
Account Number: 6522

## SERVICE CHARGE DETAIL

| DESCRIPTION<br>Your Product Includes: | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| ACCOUNT 6522 | | | | | |
| Monthly Service Fee | 1 | | | $30.00 | $30.00 |
| Transactions | 2 | 0 | 2 | $0.00 | $0.00 |
| Subtotal | | | | | $30.00 |
| Other Fees | | | | | |
| Non-Electronic Transactions | 2 | 250 | 0 | $0.40 | $0.00 |
| Online Domestic Wire Fee | 1 | 2 | 0 | $25.00 | $0.00 |
| Total Service Charge (Will be assessed on 9/4/25) | | | | | $30.00 |
| ACCOUNT 6522 | | | | | |
| Monthly Service Fee | 1 | | | | |
| Non-Electronic Transactions | 2 | | | | |
| Online Domestic Wire Fee | 1 | | | | |

Reminder: Fees associated with ACH Payments, Real Time Payments, Same Day ACH, ACH Collections and Chase QuickDeposit(SM) are based on previous month activity.



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**